No. 76–1036. GRAVITT, EXECUTRIX, ET AL. v. SOUTHWEST-
ERN BELL TELEPHONE CO. ET AL., 430 U. S. 723;

No. 76–1282. FULTON v. HECHT ET AL., 430 U. S. 984;

No. 76–1379. DAVIS v. UNITED STATES, *ante*, p. 917;

No. 76–6019. JUAREZ-RODRIGUEZ v. UNITED STATES, 430
U. S. 985;

No. 76–6067. DOVE v. NEW YORK ET AL., *ante*, p. 901.
Petitions for rehearing denied.

No. 75–1687. UNITED STATES TRUST CO. OF NEW YORK,
TRUSTEE v. NEW JERSEY ET AL., *ante*, p. 1. Petition for re-
hearing denied. MR. JUSTICE STEWART and MR. JUSTICE
POWELL took no part in the consideration or decision of this
petition.